IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESUS TORRES,

    Plaintiff,

  v.

ARLENE M. FLICK,

    Defendant.
_____/

No. C-05-1295 EDL

**ORDER EXTENDING DEFENDANT'S DEADLINE TO FILE UPDATED CASE MANAGEMENT STATEMENT**

During the case management conference held on July 26, 2005, the Court ordered Defendant to file an updated case management statement no later than August 9, 2005, regarding the status of potential new party News America Marketing. On August 9, 2006, Defendant's counsel requested an extension for filing the updated case management statement. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Defendant shall have a three day extension, and shall file an updated case management statement by August 12, 2005.

Dated: August 9, 2005

                                        _/s/ Elizabeth D. Laporte_
                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge