IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESUS TORRES,

        Plaintiff,

v.

ARLENE M. FLICK,

        Defendant.
_____/

No. C-05-01295 EDL

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

You are notified that the further case management conference is scheduled for October 11, 2005 at 10:00 a.m. before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. An updated joint case management statement, including proposed dates for discovery and trial, shall be filed no later than October 4, 2005.

**IT IS SO ORDERED.**

Dated: August 15, 2005

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge