IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES,<br><br>        Plaintiff,<br><br>  v.<br><br>ARLENE M FLICK,<br><br>        Defendant.<br>_____/ | No. C-05-01295 EDL<br><br>**ORDER CONTINUING THE FURTHER CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are notified that the further case management conference scheduled for October 11, 2005 has been continued to **November 15, 2005 at 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

This case is referred to the Court's ADR Program for mediation to be scheduled within 120 days. As referenced in the joint case management conference statement, the parties anticipate a ruling on motions for partial summary judgment in other cases with identical issues against Safeway and Rite Aid. The parties shall provide an update to the Court after the ruling on the motions.

**IT IS SO ORDERED.**

Dated: October 7, 2005

                                                              ELIZABETH D. LAPORTE<br>
                                                              United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California