THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Jesus Torres

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES, | Case No.  C 05-1295 EDL |
| Plaintiff, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER |
| v. | |
| ARLENE M. FLICK,. | |
| Defendants. | |
| _____/ | |

The parties, through their attorneys, stipulate as follows:

Whereas there is currently a Case Management Conference set for November 15, 2005 which will conflict with Plaintiff's counsel's vacation, the parties stipulate to continue the Case Management Conference to December 6, 2005 at 3:00 p.m.

Date:   November 1, 2005                                    Date: November 1, 2005

_S/Thomas N. Stewart, III_____                    _S/Donna M. Mezias_____

IT IS SO ORDERED:

Date: November 1, 2005

GRANTED
Judge Elizabeth D. Laporte

_____
United States District Court Magistrate Judge

C-05-1295 EDL                                          1