Thomas N. Stewart, III (State Bar No. 88128)
369 Blue Oak Lane, 2nd Floor
Clayton, CA 94517
Telephone: (925) 672-8452
Facsimile: (925) 673-1729
Attorney for Plaintiff
JESUS TORRES

Donna M. Mezias (State Bar No. 111902)
Aaron L. Agenbroad (*pro hac vice*)
Theresa M. Langa (State Bar No. 212740)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94111
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
dmezias@jonesday.com
alagenbroad@jonesday.com
tlanga@jonesday.com
Attorneys for Defendant
ARLENE FLICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES,<br><br>         Plaintiff,<br><br>    v.<br><br>ARLENE M. FLICK<br><br>         Defendant. | Case No. C 05-1295 EDL<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT** AND ORDER<br><br>Date:     February 14, 2006<br>Time:    10:00 a.m.<br>Place:    Courtroom E; 15th Floor |

   The parties to this action submit this Joint Case Management Conference Statement as an update to the Joint Case Management Conference Statement submitted by the parties on December 1, 2005, in accordance with the Court's Order Continuing Further Case Management Conference entered December 5, 2005.

   The parties in the *Jesus Torres v. Rite Aid* case (pending in this Court before Judge Alsup), which involves the same plaintiff and the same claims asserted in this action, filed cross-

motions for summary judgment on November 30, 2005. The Court heard oral argument on the motions on January 19, 2006, and subsequently denied both motions.

The parties are currently involved in settlement negotiations involving all three cases filed by plaintiff in this Court, including this one, and a fourth case pending in the Eastern District of California. The parties request that this Court continue the February 14, 2006 Case Management Conference sixty (60) days to allow the parties the opportunity to focus on settlement discussions that may resolve this matter.

Date: February 7, 2006

Date: February 7, 2006

THOMAS N. STEWART, III

JONES DAY

_____/s/ Thomas N. Stewart, III_____
Attorney for Plaintiff Jesus Torres

_____/s/ Donna M. Mezias_____
Attorneys for Defendant Arlene M. Flick

**CASE MANAGEMENT CONFERENCE ORDER**

The Case Management Conference Statement and Proposed Order is hereby adopted by the Court as the Case Management Conference Order for the case. A further Case Management Conference is scheduled for April 18, 2006. An updated joint case management conference statement shall be filed no later than April 11, 2006.

Dated: February 9, 2006

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

SFI-537410v1

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT

2